IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FLAT CREEK TRANSPORTATION, LLC, *an Alabama limited liability company*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:16-CV-876 (WO) |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, ELAINE L. CHAO, in her capacity as Secretary of the United States Department of Transportation, and KENNY PRICE, in his capacity as Alabama Division Administrator (Federal Motor Carrier Safety Administration), | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders in this case, this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE